ACCEPTED
03-14-00653-CR
3638053
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2015 2:37:32 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00653-CR

IN THE

COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/2/2015 2:37:32 PM
JEFFREY D. KYLE
Clerk

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS | § | APPELLANT |
| VS. | § | |
| MICHAEL YANEZ | § | APPELLEE |

APPEAL FROM THE 147TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-13-201573

## STATE'S THIRD MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) The Trial Court filed an Order granting a Motion to Suppress Evidence on September 30, 2014. The State of Texas filed a timely notice of appeal in the above cause on October 6, 2014. The clerk's record was filed on October 16, 2014. The reporter's record was filed on October 14, 2014.

1

(b)     The State's brief is currently due on **January 5, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **10 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. The State's brief is finished and ready to be filed. The parties recently reached a plea agreement, however, and they are set to meet to put the agreement and a confession in writing. Once that happens, the State will file a motion to dismiss. If the defendant changes his mind and does not sign the plea agreement with confession, the State will file its brief by the next deadline.

2. This request is not made for the purpose of delay.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **January 15, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

_____
Angie Creasy
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4206
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 261 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

_____
Angie Creasy
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 2nd day of January, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellee's attorney, Richard T. Jones, Attorney at Law, 1302 West Avenue, Austin, Texas 78701.

_____
Angie Creasy
Assistant District Attorney